JS-6

PAUL S. MARKS, State Bar No. 138407
  pmarks@nmgmlaw.com
ERIN E. BRADY, State Bar No. 254164
  ebrady@nmgmlaw.com
**NEUFELD, MARKS, GRALNEK & MAKER**
  **A Professional Corporation**
360 East Second Street, Suite 703
Los Angeles, California 90012
Telephone:   (213) 625-2625
Facsimile:   (213) 625-2650

Attorneys for plaintiff Classic Concepts, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLASSIC CONCEPTS, INC., a New Mexico corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>JAIPUR LLC, a limited liability company,<br><br>            Defendant. | CASE NO. CV10 6096 VBF (RZx)<br><br>[PROPOSED] JUDGMENT |

## [PROPOSED] JUDGMENT

Based on the failure of defendant Jaipur LLC to respond to the Summons and Complaint of plaintiff Classic Concepts, Inc., the Court enters default judgment as follows:

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

   1.   Judgment is hereby entered on the Complaint in favor of plaintiff Classic Concepts, Inc., and against defendant Jaipur LLC, in the amount of $ 0 (zero dollars).

2. Judgment is entered permanently enjoining defendant Jaipur LLC from directly or indirectly making or causing to be made; copying or causing to be copied; selling or causing to be sold; offering for sale or causing the offer of sale; and distributing or causing to be distributed, whether by its agents, servants, employees or anyone else acting in concert with said defendant, furniture or other objects that infringe the copyrighted work of plaintiff Classic Concepts, entitled "Sculptural metal grillwork design on furniture; adaptation of preexisting metal grillwork design; compilation of sculptural metal grillwork designs on suites of furniture," under the Certificate of Copyright Registration No. VA 1-714-620. Defendant Jaipur LLC, its agents, servants, employees, and anyone else acting in concert with said defendant, are also enjoined from aiding or abetting, or in any way contributing to, the infringement of plaintiff's above-referenced copyrighted work.

3. Plaintiff Classic Concepts, Inc. is awarded its costs and attorneys' fees in the amount of $ 0.00 (zero dollars), with attorneys' fees determined pursuant to Local Rule 55, based on the amount of the money judgment.

THE CLERK IS ORDERED TO ENTER THE JUDGMENT.

DATED: 2-1-11     *Valerie Baker Fairbank*

**HONORABLE VALERIE BAKER FAIRBANK**
**UNITED STATES DISTRICT JUDGE**